UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**YOLANDA HERNANDEZ LLANES, et al.,**
Plaintiffs**,**

v.                                           CIVIL NO. 02-2568 (DRD)

**CONSORCIO NORTE CENTRAL ARECIBO,** et al.,
Defendants.

| MOTION | ORDER |
|---|---|
| **Date Filed: 07/28/05** <br> **Docket #112** <br> [X] **Plaintiff** <br> [] **Defendant** <br> **Title:** Motion Requesting Dismissal With Prejudice | **GRANTED.** Plaintiffs have submitted the instant motion requesting dismissal with prejudice of all claims against the remaining co-defendants. The Court notes that respective answers to the complaint were never filed by said co-defendants rather, other responsive pleadings were submitted to the undersigned's consideration. Further, plaintiff sustains that a settlement agreement was reached settling the case in its entirety and the Court acknowledge said averment since in the Status Conference held on July 19, 2005, counsel for the co-defendants agreed to said fact. Therefore, pursuant to Rule 41(a)(1), Fed..Civ.P., 28 U.S.C., the Court hereby **DISMISSES** plaintiff claims against the remaining co-defendants **WITH PREJUDICE**. **Judgment** shall be issued accordingly. The parties are provided until August 29, 2005 to submit final settlement documents. An Amended Judgment shall be issued shortly thereafter. **THIS CASE IS CLOSED FOR ALL STATISTICAL PURPOSES.** |

**IT IS SO ORDERED.**
At San Juan, Puerto Rico this 28th day of July 2005.

            **S/DANIEL R. DOMINGUEZ**
            **DANIEL R. DOMINGUEZ**
            **U.S. DISTRICT JUDGE**

Page 1 of 1